**WO**

1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Glenn Victor, Natasha Harris, Joseph Polk | ) | No.CV 10-2802-PHX-SMM (Lead) |
|---|---|---|
| Plaintiffs, | ) ) ) | No.CV 10-2611-PHX-SMM(Consolidated) No.CV 10-2560-PHX-SMM(Consolidated) |
| vs. | ) ) | |
| United States of America, | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

In this consolidated action, pending before the Court is Plaintiff Joseph Polk's and Defendant United States of America's Stipulation for Dismissal With Prejudice in the matter of Joseph Polk v. United States of America, Case No. CV 10-2560-PHX-SMM. (Doc. 52.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING** any and all claims with prejudice in the matter of Joseph Polk v. United States of America, Case No. CV 10-2560-PHX-SMM, with the parties to bear their own respective costs and attorney's fees. (Doc. 52.) Counsel for Plaintiff Joseph Polk will secure releases of any and all applicable liens and hold Defendant United States of America harmless in regard to all such liens.

**IT IS FURTHER ORDERED VACATING** the status conference set for April 9, 2012 at 2:00 p.m.

DATED this 29th day of March, 2012.

Stephen M. McNamee
Senior United States District Judge