**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Glenn Victor, et al., | No. CV-10-2802-PHX-SMM (Lead) |
| Plaintiffs, | No. CV-10-2560-PHX-SMM (Consolidated) |
| vs. | **ORDER** |
| United States of America, | |
| Defendant. | |

In this consolidated action, pending before the Court is Plaintiff Glenn Victor's and Defendant United States of America's Stipulation for Dismissal With Prejudice in the matter of Glenn Victor v. United States of America, Case No. CV 10-2802-PHX-SMM. (Doc. 71.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING** any and all claims with prejudice in the matter of Glenn Victor v. United States of America, Case No. CV 10-2802-PHX-SMM, with the parties to bear their own respective costs and attorney's fees. (Doc. 71.) Counsel for Plaintiff Glenn Victor will secure releases of any and all applicable liens and hold Defendant United States of America harmless in regard to all such liens.

**IT IS FURTHER ORDERED VACATING** the status conference set for October 1, 2012 at 2:00 p.m.

DATED this 21st day of September, 2012.

Stephen M. McNamee
Senior United States District Judge